**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL BORDER and DONNA BORDER,** | ) | |
| Plaintiffs, | ) | **Case No.: 3:25-CV-632-CWB** |
| **v.** | ) | |
| **STATE FARM FIRE AND CASUALTY COMPANY,** | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Donna Border respectfully opposes the Motion for Summary Judgment filed by Defendant State Farm Fire and Casualty Company. There exists genuine issues of material fact, and State Farm is not entitled to judgment as a matter of law on any of Plaintiff's claims. In support of this Response, Plaintiff relies upon her supporting Memorandum Brief and the Evidentiary Submission filed concomitantly herewith, all of which are incorporated by reference as if set forth fully herein.

Respectfully submitted this the 21 st day of October 2026.

*/s/ Davis B. Whittelsey*
One of the Attorneys for Plaintiff
Donna Border

**OF COUNSEL:**
Davis B. Whittelsey
Jonathan K. Corley
WHITTELSEY & CORLEY, LLC
Post Office Box 106
Opelika, Alabama 36803–0106
(334) 745–7766
dwhittelsey@wwp-law.com
jcorley@wwp-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 21st day of October 2026, I filed the foregoing using the CM/ECF system, which will send notification via email to the following counsel of record:

Micheal S. Jackson
WEBSTER, HENRY, BRADWELL,
COHAN, SPEAGLE & DESHAZO, P.C.
Post Office Box 239
Montgomery, Alabama 36101-0239
mjackson@websterhenry.com

*/s/ Davis B. Whittelsey*
Davis B. Whittelsey